No. 05–5805.  PITTS *v.* SCRIBNER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–5817.  MAHADEVAN *v.* GONZALES, ATTORNEY GENERAL.  C. A. 8th Cir.  Certiorari denied.

No. 05–5818.  DUYET HUNG LE *v.* BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 05–5821.  PROSHA *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 05–5826.  PARNELL *v.* WALL ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 05–5828.  JOHNSON *v.* WARREN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 05–5835.  WOOD *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 05–5858.  GALES *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 05–5860.  CORONEL *v.* HAWAII.  C. A. 9th Cir.  Certiorari denied.

No. 05–5866.  AL-HAKIM *v.* DOSS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–5873.  MORALES *v.* MCKESSON HEALTH SOLUTIONS, LLC.  C. A. 10th Cir.  Certiorari denied.

No. 05–5875.  ZULUAGA *v.* MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 05–5876.  BRANCH *v.* NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 05–5883.  JONES *v.* STEWART ET AL.  C. A. 8th Cir.  Certiorari denied.